

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

| | | |
|---|---|---|
| *Jessica Laserna*<br>Assistant United States Attorney | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>*jessica.laserna@usdoj.gov* | *main: (973) 645-2700*<br>*direct:(973) 297-2019* |

March 9, 2026

<u>**Via ECF**</u>
Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07102

      Re:   *Ceciliano Jimenez v. Soto, et al.*, No. 26-01752
            Petitioner's Medical Conditions

Dear Judge Farbiarz:

      This Office represents Respondents in this immigration habeas matter. We write to respectfully respond to the Court's March 8, 2026 Text Order (ECF 12) directing Respondents to file a status update on or before March 9 at 5:00 p.m.

      U.S. Immigration and Customs Enforcement ("ICE") informs our office that they are diligently working on obtaining information and relevant medical records to respond to Petitioner's concerns detailed in ECF No. 8. ICE informs our Office that this requires outreach and coordination with medical staff who are actively caring for patients. ICE informs that as soon as medical records are obtained, they will be provided to this Office for review and filing with the Court. We respectfully request leave to provide another status update by March 10.

      We thank the Court for its continued consideration of this matter.

                                                      Respectfully submitted,

                                                      TODD BLANCHE
                                                      U.S. Deputy Attorney General

                                                      JORDAN FOX
                                                      Chief of Staff & Associate Deputy
                                                       Attorney General
                                                      Special Attorney

2

By:   /s/ Jessica Laserna
      JESSICA LASERNA
      Assistant United States Attorney
      *Attorneys for Respondents*

cc: Counsel of record (via ECF)

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:  3/10/2026